**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Paul Blomdahl, | No. CV-22-00094-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Copies (Doc. 109). Plaintiff's motion asks the Court to resend all documents filed in the case after May 10, 2023 because he was transferred to a new facility. (*Id.* at 1.) These documents are the Court's Order granting summary judgment in favor of Defendants (Doc. 105) and the Clerk of Court's entry of judgment dismissing the case with prejudice (Doc. 106). The same day that Plaintiff filed his motion, however, those documents were mailed to Plaintiff at his new address.

Accordingly,

**IT IS ORDERED** denying Plaintiff's Motion for Copies (Doc. 109) as moot.

Dated this 14th day of July, 2023.

Michael T. Liburdi
United States District Judge